IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLENIECE WILLIAMS, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | 2:13-cv-00234-LSC |
| | ) | |
| CAPITAL ONE, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The Court has been advised by the parties that a settlement has been reached as to Defendant Experian Information Solutions, Inc., the remaining Defendant in this case. Accordingly, this action is DISMISSED without prejudice. Either party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this <u>2nd</u> day of <u>October 2013</u>.

 

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
174256